FLORENCE M. LEE, Appellant, *v.* LESTER E. ORTIZ, Respondent.

(Argued November 21, 1928; decided December 7, 1928.)

*Joseph Day Lee* for appellant.

*Alfred T. Tompkins, J. Arthur Hilton* and *Robert H. Woody* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.